# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:04CR531 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| TERRY C. ANDERSON, | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's motion for early termination of probation (Filing No. 39). The motion was heard on May 4, 2009. (Filing No. 42.)

IT IS ORDERED that the Defendant's motion for early termination of probation (Filing No. 39) is granted.

DATED this 12th day of May, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge